UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 04, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAMERON LARSØN,

    Defendant.

Case No. 2:13-mj-00360-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CAMERON LARSØN,

Case No. 2:13-mj-00360-CKD, from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    **X** Bail Posted in the Sum of $ 50,000

    **X** Unsecured Appearance Bond $ 50,000 co-signed by mother

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): Pretrial Services conditions. Third party custody to mother.

Issued at Sacramento, California on December 04, 2013 at 3:15 P.M.

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney