MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,　)　　No. 13-mj-360 CKD
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)　　(~~Proposed~~) ORDER
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
CAMERON LARSEN,　　　　　　　　)　　Judge: Hon. Edmund F. Brennan
　　　　　　Defendant.　　　　　　 )
==============================)

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that that the pre-trial release condition that Mr. Larsen be subject to electronic monitoring be stricken.  All other pre-trial release conditions remain unchanged.

Dated:  April 4, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE