MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CAMERON LARSEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 13-360 CKD
               Plaintiff,  )
                         ) STIPULATION AND [PROPOSED]
     v.                     ) ORDER TO STATUS CONFERENCE
                         )
CAMERON LARSEN,  ) Date: 12-29-14 (for arraignment on Information)
                         ) Time: 2:00 p.m.
            Defendant.  ) Judge: Hon. Carolyn K. Delaney
==============================)

       It is hereby stipulated between the parties, Olusere Olowoyeye, Assistant United States Attorney, and Michael D. Long, attorney for defendant CAMERON LARSEN, that (1) the court date set for December 12, 2014, at 2:00 p.m. before Judge Carolyn K. Delaney should be vacated and re-set for December 29, 2014, at 2:00 p.m., before Judge Alison Claire.  The preliminary hearing currently set for December 19, 2014, at 2:00 p.m., before Judge Alison Claire should be vacated.

       The parties further agree, pursuant to Fed.R.Crim.Pro. 5.1(c) and (d), that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.

       The continuance from December 12, 2014, to December 29, 2014, is necessary because (1) AUSA Olousere Olowoyeye is unavailable on December 12, 2014, and (2) Mr. Long is in trial before Judge Robert Twiss of the Sacramento County Superior Court.  The Government has provided a proposed plea agreement that Mr. Long continues to review with Mr. Larsen.  At the

-1-

December 29, 2014, hearing, the parties anticipate an arraignment on a superseding information and choosing a date for entry of a guilty plea before the assigned District Court Judge.

Mr. Larsen has found full-time employment as a welder and also continues to work on the family farm.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment and also outweighs the public's interest in the prompt disposition of criminal cases. Each party would like time to be excluded as provided by Local Code T4 from today's date through December 29, 2014, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of December 29, 2014, for a preliminary hearing/arraignment on a superseding information. The request for extending the date for the hearing is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of his speedy preliminary hearing rights under the law. The parties believe that good cause is hereby shown.

Dated:  December 10, 2014                         Respectfully submitted,

                                                           /s/ Michael D. Long
                                                           MICHAEL D. LONG
                                                           Attorney for Cameron Larsen

Dated:  December 10, 2014                         BENJAMIN WAGNER
                                                           United States Attorney

                                                           /s/ Olusere Olowoyeye
                                                           OLUSERE OLOWOYEYE
                                                           Assistant U.S. Attorney

///

///

///

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the change of plea hearing currently set for December 12, 2014, at 2:00 p.m., before Judge Carolyn K. Delaney and the preliminary hearing set for December 19, 2014 at 2:00 p.m. before Judge Allison Claire are vacated. The matter is set for an Arraignment on the Superseding Information for December 29, 2014, at 2:00 p.m., before Magistrate Judge Dale A. Drozd.

Dated: December 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE